■ CREIGHTON E. MILLER, as Administrator of the Estate of WILFRED J. FAY, Deceased, Appellant, v AMERADA HESS CORP. et al., Respondents, et al., Defendants. [715 NYS2d 144] —Order, Supreme Court, New York County (Lorraine Miller, J.), entered July 19, 1999, which granted defendants-respondents' motions and cross motions for summary judgment dismissing the complaint as against them, unanimously affirmed, without costs.

We affirm the grant of summary judgment to defendants-respondents herein for the same reasons that we affirm the grants of summary judgment in favor of the defendants-respondents in *Miller v Akronchem Corp.* (276 AD2d 447 [decided herewith]) and *Miller v Amerada Hess Corp.* (276 AD2d 447 [decided herewith]). Here, as in those cases, despite the examination of numerous witnesses identified by plaintiff, no proof

was adduced connecting an identifiable defendant with the decedent's harm. In addition, for the reasons stated in *Miller v Amerada Hess Corp.* (*supra*), where we affirm the dismissal of the Jones Act "survival" causes as time-barred, we now affirm the dismissal of the present plaintiff's Jones Act "survival" causes of action. Concur—Nardelli, J. P., Williams, Mazzarelli and Andrias, JJ.